



★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00340-CV

**IN THE ESTATE OF** David Olin **JONES**, Deceased

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2007-PC-2956
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2010

DISMISSED

On June 25, 2010, this appeal was abated until August 9, 2010 for mediation. On July 26, 2010, appellant filed a motion to dismiss this appeal. The appellee has not filed a response opposing the motion to dismiss. Therefore, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of the appeal are taxed against appellant. *See id*. 42.1(d).

PER CURIAM